IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **'17 - CV - 00657**
(To be supplied by the court)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 3 2017

JEFFREY P. COLWELL
CLERK

K. Kim Farmer , Plaintiff,

v.

Wood Haven Apts ,
Corporate - C. Ventures Inc. (303) 773-1100
4350 South Monaco Street
5th Flr
Denver, CO 80237

James River Insurance - the Apts Insurance Co.
6641 West Broad Street
Suite 300
Richmond, VA 23230 ,

Adjustor - Kevin Kiser , Defendant(s).

(List each named defendant on a separate line.)

Wood Haven Apts
Corporate office - C. Ventures Inc

4350 South Monaco Street
5th Flr
Denver, CO 80237

**COMPLAINT**

(Rev. 07/06)

## PARTIES

1. Plaintiff **K. Kim Farmer** is a citizen of **PA**
   who presently resides at the following address:
   **P.O Bx 273 Trexlertown PA 18087**

2. Defendant **Woodhaven Apartment** is a citizen of **CO**
   who live(s) at or is/are located at the following address:
   _____

3. Defendant _____ is a citizen of _____
   who live(s) at or is/are located at the following address:
   _____

   (Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:
   _____
   _____
   _____

5. Briefly state the background of your case: **Personal Injury.**
   Slip and fall at Woodhaven Apartment. There was a hole that was unleveled and I stepped into the hole. I did not see it because there was wall to wall carpet on top. I had injuries consisting of foot, knee and arm. (upper body included) I received knee surgery (right). The procedure was arthroscopic surgery. I need eventually two knee replacements if I live the lenght (time) I should naturally reach.

page 1 of 3

## FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. On Nov 19, 2015 I was visiting my family in Colorado. They lived at the Woodhaven Apartments in Denver, Colorado. I proceeded to vacuum their bedroom floor and wasn't aware a hole was under the carpet.

2. I fell on my right side and hurt my foot, knee, arm. At the time my foot was hurting the most since I must have twisted it. I waited a day to go to the SkyRidge Emergency hospital in Colorado. I was hoping I would get better, when it continued to hurt, I then went to the emergency room.

3. I contacted the Woodhaven Apartment office and informed the workers there that I was injured. They did not have an incident report so I had to write what happened and fax the report to the main office.

4. I was eventually given the name of their insurance company James River (Address: Richmond VA). I was provided with a claim number and was told to send my medical records and bills.

5. I treated from the date of the accident November 2015 until 2016. I had physical therapy for my foot and exercise for my foot, arm, shoulder. I even had a podiatrist give me foot braces in my shoes. I also had to wear a brace on my foot from so much pain.

6. During this whole time I was accumulating bills since James River Insurance would not pay the bills until I settle.

(Rev. 07/06)

7. Bills have gone to collection since I didn't have the funds for every bill.

8. The stress of favoring my injured right side has caused me additional pain on my left side also. My foot + knee have begun to hurt

9. I eventually had to send my bills to my medicare insurance and now I have a lien. My medicare only pays 80% of my bills and I pay the 20%. I do not have any other insurance to cover the 20%.

10. My orthopedic (knee doctor) performed arthroscopic surgery on my right knee and found arthritis in there. Now, prior to the fall, I was living a normal knee pain free life. After the fall the pain started hurting in my knee. Woodhaven Apartment insurance company (James River) refuses to pay for my future knee replacement. My doctor informed me I will need two knee replacements in my life if I live the normal time lenght.

11. James River said they would only pay for my foot and arm injury. I don't understand how they can skip the middle of my body between my foot and arm (shoulder).

James River said they wanted the price of future surgery from the hospital and anesthesiologist and my doctors fee for performing the surgery. They also wanted a letter stating how much it would cost for future physical therapy.

12. I spent alot of time doing what they asked in obtaining the estimate letters on my future care.

13. When I presented the estimates to James River Insurance, they denied me future payments and informed me that I had arthritis in my knee and they would not pay for my surgery. I explained I did not know I had arthritis and never had pain or problems with my knee prior to the accident.

14. James River sent a settlement letter which is enclosed for $15,000. This amount will not cover my liens with medicare and future surgery and physical therapy.

15. I am asking for the payment of two knee surgeries, heart exam payment since I must have two types of stress test before being operated on. (Resting and Walking stress treadmill test) I also have to get an ekg performed for clearance before surgery. I will also need to pay the hospital, my doctor and the anesthesiologist. At this current time I have the estimate but the price will go up; I have been told as years go by.

16. I am asking the court for 500,000.00 (plus)+ for damages.

Thankyou
Ms. K. Kim Tann

**REQUEST FOR RELIEF**

Plaintiff requests the following relief:

Relief for pain and suffering due to my slip and fall from the hole in the floor. Relief to be able to get surgery for my knee and payment for a heart clearance test to be able to be operated on. All my medical bills to be payed and any future care I may need including physical therapy, hospital stays if there are any complications with my health. I am requesting 500,000 (+) plus for my suffering and future care.

Date: 3/7/17

_K. Kim Faire_
(Plaintiff's Original Signature)

PO Bx 273
(Street Address)

Trexlertown PA 18087
(City, State, ZIP)

(610) 392-4143
(Telephone Number)



November 15, 2016

Kim Farmer
PO Box 237
Trexlertown, PA 18087

| | |
|---|---|
| Insured: | C Ventures Inc |
| Occurrence Date: | 11/19/2015 |
| Claimant: | Kim Farmer |
| Our File No.: | 00039597 |

Dear Ms. Farmer:

Please let this letter confirm our recent discussion of settlement for your injury claim from the November 11, 2015 incident. We have carefully reviewed your medical records and are willing to offer $15,000 full and final settlement for your injury claim. Please contact me by phone, 804-281-4482 or by e-mail, colten.osterman@jamesriverins.com if you have any questions or wish to discuss this claim further.

Sincerely,

Colten Osterman
Assistant Claims Manager
James River Insurance Company

Mailing Address:
P.O. Box 27648
Richmond, VA 23261

Claims Department
James River Insurance Company
6641 West Broad Street, Suite 300 • Richmond, Virginia 23230 • 804.289.2700 • Fax 804.420.1058
www.jamesriverins.com

Claim # 00039597

# Berkshire Orthopedic associates

*A Division of Keystone Orthopaedic Specialists, LLC*

**Gary C. Canner, M.D.     D. Scott Nord, M.D.     Stephen R. Soffer, M.D.**

September 14, 2016

Patient: Kathedra Farmer

Dear Kim:

I am in receipt of your fax today regarding costs for upcoming total knee replacements. Our charge is $5650 which covers the surgery and aftercare for 90 days excluding x-rays done two weeks postoperatively that cost somewhere around $75-100 likely depending upon what views are ordered. My patients generally attend formal physical therapy three times a week for a minimum of about three months. Some will go a few weeks short of that, and some might need a month or two longer, especially if they get stiff and then require an intraoperative manipulation under anesthesia. You generally would be attending therapy three times a week over those three to four months. You would need to be in touch with the individual therapy location to determine their charges. Most individuals will attend PT for about an hour each session. I expect my patients to do a home exercise program at least five to ten minutes each hour while awake after surgery to limit the chance of knee stiffness requiring the above-mentioned manipulation under anesthesia to relieve adhesions that can develop.

I hope you find this information useful. I never can get any more exact than this because each patient is different and presents an individual case who may go faster or slower than "the average."

Sincerely,

D. Scott Nord, M.D.

DSN/pti:rt (2426757B)

2201 Ridgewood Road • Suite 250 • Wyomissing, PA 19610 • (610) 375-4949 • Fax (610) 375-6233
www.berkshiredocs.com

To whom it may concern: 11/20/2015

My name is K,Kim Farmer. I am writing this incident report on 11/20/2015. The incident occurred on 11/19/2015 approximately 1:30p.m. I was vacuuming at an apartment you own and was not aware that the floor under the carpet which I believe to be the plywood is disinegrating. I stepped on that particular spot and not knowing, my foot gave way and twisted and I fell on the vacuum cleaner. I went to the emergency room on 11/20/2015 and was diagnosed with a sprained foot and contusions on my right arm and shoulder. I am also on tramadol for pain. This floor belongs to your building and you are responsible for a safe environment. Please contact me in regards to reimbursing my medical bills and paying back my insurance company.

Thank you
Kim Farmer



# READING HEALTH SYSTEM

420 S. Fifth Ave.
West Reading, PA 19611-1428

09/13/16

-Kim Farmer
PO Box 273
Trexlertown PA 18087

Kim Farmer,

A price estimate has been created for you by Lillian M Bueno on 9/13/2016. If you would like more information about this estimate, call 484-628-3528 and refer to estimate 7855.

According to our records, your insurance for this visit is expected to be Medicare Part A And B.

Here are the **estimated** Reading Health System charges for your visit:

7855
Total Knee Replacement

Charge table:

|  | Estimated Charges |
|---|---|
| Hospital case at Reading Hospital | |
| MS-DRG V33 (FY2016) 470 – MAJOR JOINT REPLACEMENT OR REATTACHMENT OF LOWER EXTREMITY W/O MCC | 36,078.06 |
| **Total** | **36,078.06** |

Estimate totals:

Hospital Facility Fees: Billed: 36,078.06
Total: Billed: 36,078.06

**The estimate provided is based on the information you provided. P lease be aware that, if your insurance coverage changes or if your physician orders different t ests or procedures, your final bill may be different than these estimated amounts. Also be aware that you may receive additional charges from any providers you see related to these services who do not bill through Reading Health System.**

**Please contact us at 484-628-3528 or at <u>PriceQuotes@readinghealth.org</u> for additional information. Thank you for choosing Reading Health System.**

Sincerely,

Lillian M Bueno
Financial Counselor

RH 4685e 6.15



## Reading Anesthesia Associates
LTD.

11-7-16

**Quote for Anesthesia Service by Anesthesiologist at Reading Anesthesia Associates**
(THIS IS AN ESTMATE ONLY)

Kim Farmer
PO BOX 237
Trexlertown, PA 18087

| | |
|---|---|
| Total Knee Replacement - CPT 27447 | $ 735.00 |
| Total Time - 3 hours | $1260.00 |
| Adductor Canal Block | $ 180.00 |
| Bill to insurance company will be | $2175.00 |

Susan Cannon
Reading Anesthesia Associates
484-628-5134